USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

Hailo Tech,
                -v.-                    Amended
Arro, Inc.                              17cv.4902
-----------------------------------X    Civ.   (RWS)

Please be advised that the conference scheduled
for 3-20-18 has been rescheduled to
10-2-18 at 12pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
8/6/18

ROBERT W. SWEET
United States District Judge